Marvin C. Ruth (NSB 10979)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
TEL: (602) 381-5460
FAX: (602) 772-3760
mruth@cblawyers.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BILLY RAY BUTLER and KATIE HANSEN BUTLER,<br><br>Plaintiffs,<br><br>v.<br><br>JASON OF BEVERLY HILLS BEVERLY WILSHIRE, LLC; and JASON OF BEVERLY HILLS NEVADA, LLC,<br><br>Defendants. | Case No. 2:17-CV-00368 -MMD-VCF<br><br>**UNOPPOSED MOTION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>**(First Request)** |

Plaintiffs hereby respectfully request that the Court extend the time for Defendants Jason of Beverly Hills Beverly Wilshire, LLC and Jason of Beverly Hills Nevada, LLC to file their response to Plaintiffs' Complaint from March 20, 2017 until April 24, 2017.

The reason for the request for an extension is as follows:

The parties are actively engaged in settlement communications and need additional time to negotiate. This request is made in good faith and not for the purpose of delay. Further, undersigned counsel certifies that this request is unopposed. Undersigned counsel is filing this motion at the request of Defendants' out-of-state counsel, who have not yet retained local counsel pending ongoing settlement efforts.

This is the first extension requested by counsel for filing Defendants' response to

{00284143.1 }

Plaintiffs' Complaint.

  RESPECTFULLY SUBMITTED this 20th day of March, 2017.

            **COPPERSMITH BROCKELMAN PLC**

            By /s/Marvin C. Ruth
              Marvin C. Ruth

            *Attorneys for Plaintiffs*

            **IT IS SO ORDERED:**

            _____
            UNITED STATES MAGISTRATE JUDGE

                3-20-2017
            DATED: _____

{00284143.1}          - 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2017 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

I further certify that on March 20, 2017, I served the attached document *via* email and U.S. Mail on the following, who are not registered participants of the CM/ECF System:

> Andre De La Cruz, Esq.
> TROUTMAN SANDERS
> 5 Park Plaza, Suite 1400
> Irvine, California  92614
> *Attorneys for Defendants*

>                    */s/ Verna Colwell*