Marvin C. Ruth (NSB 10979)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
TEL: (602) 381-5460
FAX: (602) 772-3760
mruth@cblawyers.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BILLY RAY BUTLER and KATIE HANSEN BUTLER,<br><br>Plaintiffs,<br><br>v.<br><br>JASON OF BEVERLY HILLS BEVERLY WILSHIRE, LLC; and JASON OF BEVERLY HILLS NEVADA, LLC,<br><br>Defendants. | **Case No. 2:17-CV-00368**<br><br>**UNOPPOSED MOTION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>**(Second Request)** |

Plaintiffs hereby respectfully request that the Court extend the time for Defendants Jason of Beverly Hills Beverly Wilshire, LLC and Jason of Beverly Hills Nevada, LLC to file their response to Plaintiffs' Complaint from April 24, 2017 until May 29, 2017.

The reason for the request for an extension is as follows:

The parties are actively engaged in settlement communications, have exchanged settlement proposals, and need additional time to negotiate. This request is made in good faith and not for the purpose of delay. Further, undersigned counsel certifies that this request is unopposed. Undersigned counsel is filing this motion at the request of Defendants' out-of-state counsel, who have not yet retained local counsel pending ongoing settlement efforts.

{00290481.1 }

This is the second extension requested by counsel for filing Defendants' response to Plaintiffs' Complaint.

RESPECTFULLY SUBMITTED this 21st day of April, 2017.

**COPPERSMITH BROCKELMAN PLC**

By /s/Marvin C. Ruth
    Marvin C. Ruth

*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 24, 2017