Marvin C. Ruth (NSB 10979)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
TEL: (602) 381-5460
FAX: (602) 772-3760
mruth@cblawyers.com
*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BILLY RAY BUTLER and KATIE HANSEN BUTLER,<br><br>Plaintiffs,<br><br>v.<br><br>JASON OF BEVERLY HILLS BEVERLY WILSHIRE, LLC; and JASON OF BEVERLY HILLS NEVADA, LLC,<br><br>Defendants. | Case No. 2:17-CV-00368<br><br>**UNOPPOSED MOTION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>**(Fifth Request)** |

The parties have reached a settlement in principle and have exchanged draft settlement agreements and revisions thereto. Plaintiffs hereby respectfully request that the Court extend the time for Defendants Jason of Beverly Hills Beverly Wilshire, LLC and Jason of Beverly Hills Nevada, LLC to file their response to Plaintiffs' Complaint from July 14, 2017 until August 14, 2017. This further extension will allow the parties to finalize the documentation for the settlement, prior to dismissal of the lawsuit.

This request is made in good faith and not for the purpose of delay. Undersigned counsel certifies that this request is unopposed. Undersigned counsel is filing this motion at the request of Defendants' out-of-state counsel, who had not retained local counsel pending the settlement efforts.

{00306858.1 }

This is the fifth extension requested by counsel for filing Defendants' response to Plaintiffs' Complaint.

RESPECTFULLY SUBMITTED this 13th day of July, 2017.

        **COPPERSMITH BROCKELMAN PLC**

By /s/Marvin C. Ruth
   Marvin C. Ruth

*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 17, 2017